IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENDA J. PENN,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:10cv235-MHT
                               )         (WO)
ALABAMA DEPARTMENT OF          )
CORRECTIONS, et al.,           )
                               )
    Defendants.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 43), filed by defendants State of Alabama, Alabama Department of Corrections, Richard F. Allen, John Cummins, II, Janet Hicks, Victor Napier, Mark Loman, and Franetta Riley, is granted.

(2) Judgment is entered against plaintiff Brenda J Penn and in favor of defendants State of Alabama, Alabama Department of Corrections, Allen, Cummins, Hicks, Napier,

Loman, and Riley, with plaintiff Penn taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Penn, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of September, 2011.

                                   <u>/s/ Myron H. Thompson</u>
                             UNITED STATES DISTRICT JUDGE