IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRENDA J. PENN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv235-MHT |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the motion for sanctions (doc. no. 58) is denied.

DONE, this the 4th day of April, 2019.

                                      /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**